## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE TOR TBW MORTGAGE-
BACKED TRUST SERIES 2006-2, TBW
MORTGAGE-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-2,**

**CASE No. 1:19-cv-490**

        **Plaintiff,**

**v.**

**JOSEPH MOREL, PAMELA SOARES F/K/A
PAMELA MOREL, and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., AS NOMINEE FOR AMERICAN
BROKERS CONDUIT**

        **Defendants,**

_____/

## CORPORATE DISCLOSURE STATEMENT
## OF U.S. BANK NATIONAL ASSOCIATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, U.S. Bank National

Association, as Trustee for TBW Mortgage-Backed Trust, Series 2006-2, TBW Mortgage-Backed

Pass-Through Certificates, Series 2006-2, hereby files this statement identifying its parent companies

and any publicly held corporation that owns 10% of its stock:

1.      U.S. Bank National Association is a wholly owned subsidiary of U.S. Bancorp, Inc.

2.      No publicly held company owns more than ten percent (10%) or more of U.S. Bancorp,

Inc.'s stock.

1

September 19, 2019

Respectfully Submitted,
U.S. Bank National Association, as Trustee for
TBW Mortgage-Backed Trust Series 2006-2, TBW
Mortgage-Backed Pass-Through Certificates, Series
2006-2,
By its attorney,


/s/ Eileen C. O'Shaughnessy
Eileen O'Shaughnessy, Esq., RI# 6098
Korde & Associates, P.C.
5 Shaw's Cove, Suite 201
New London, CT 06320
(860) 969-0400
eoshaughnessy@kordeassociates.com