UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TBW MORTGAGE-BACKED TRUST SERIES 2006-2, TBW MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-2,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MOREL, PAMELA SOARES f/k/a PAMELA MOREL and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR AMERICAN BROKERS CONDUIT,<br><br>Defendants. | CIVIL ACTION NO. 1:19-cv-00490 |

## NOTICE OF APPEARANCE

Please enter the appearance of Samuel C. Bodurtha as counsel for Plaintiff and Counterclaim-Defendant, U.S. Bank, National Association, as Trustee for TBW Mortgage-Backed Trust Series 2006-2, TBW Mortgage-Backed Pass-Through Certificates, Series 2006-2.

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TBW MORTGAGE-BACKED TRUST SERIES 2006-2, TBW MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-2

By: Its Attorneys

/s/ Samuel C. Bodurtha
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
401-751-0842
401-751-0072  (facsimile)

Dated:      October 14, 2020

2

## CERTIFICATE OF SERVICE

      I, Samuel C. Bodurtha, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2020.

      /s/ Samuel C. Bodurtha
      Samuel C. Bodurtha, Bar #7075

A3093\306798157.v1